**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SULEIMAN QAZZA, | ) NO. CV 18-5747-DSF(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| AGENT ICE ARTURO TREVINO, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 6, 2019.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE